IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CORY LEE RYAN**                                                                                     **PLAINTIFF**

v.                                         No: 4:21-cv-00051 JM-PSH

**ANDREA CULCLAGER,** *et al.*                                                          **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case,[1] the Court concludes that the Proposed Findings and Partial Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that the ADC Defendants' motion for judgment on the pleadings (Doc. No. 22) is granted. Ryan's official capacity claims against all defendants are dismissed without prejudice for failure to state a claim upon which relief may be granted. Ryan's individual capacity claims against Culclager and Daniel are dismissed without prejudice for failure to state a claim upon which relief may be granted

DATED this 21st day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Court has reviewed Plaintiff's response to the motion for judgment on the pleadings. (ECF No. 35 at p. 16-21).