IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CORY LEE RYAN**                                                                                       **PLAINTIFF**
**ADC #143878**

v.                              No: 4:21-cv-00051 JM

**MEL AMOS,** *et al.*                                                                                 **DEFENDANTS**

## ORDER

Plaintiff Cory Lee Ryan's motion to voluntarily dismiss this case (Doc. No. 55) is granted. His claims are dismissed without prejudice.

It is so ordered this 18th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE