IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CORY LEE RYAN**                                                                                              **PLAINTIFF**
**ADC #143878**

v.                                          No: 4:21-cv-00051 JM

**MEL AMOS,** *et al.*                                                                                        **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

It is so ordered this 18th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE